# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 9:22 am, Aug 25, 2020

SAMUEL G. OLIVER,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and KENNETH T. CUCCINELLI,

    Defendant.

CV 2:20-039

## ORDER

Before the Court is Plaintiff Samuel Oliver's motion to dismiss, dkt. no. 8, wherein he states his intention to voluntarily dismiss this case without prejudice. Defendants having filed no answer to the Complaint, Plaintiff is entitled to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, Plaintiff's motion is **GRANTED**, and all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

SO ORDERED, this 25 day of August, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA